UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLAPLEX, LLC and LIQWD, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DJ DIRECT INC.; JOEL JACOBWITZ, both individually and d/b/a "TOP RATED SELLER" and "BUYERS PREFERRED"; "JOHN DOES" 1-10; and UNKNOWN ENTITIES 1-10,<br><br>Defendants. | CASE NO. 19-CV-00631-MKB-SJB<br><br>STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(a)(ii) |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs, Olaplex, LLC and LIQWD, Inc. (hereinafter "Plaintiffs"), and Defendants, DJ Direct Inc. and Joel Jacobowitz, that the above captioned action shall be hereby dismissed against all parties with prejudice without costs or attorney's fees to any party as against the other.

Dated: April 16, 2019

| | |
|---|---|
| **LEE LAW PLLC**<br><br>By: *[signature]*<br>Michael Lee (WL 6353)<br>*Attorneys for Plaintiffs*<br>*Olaplex, LLC and LIQWD, Inc.*<br>579 Fifth Avenue<br>14th Floor<br>New York, NY 10017<br>Telephone: (212) 621-8239 | **STERN & SCHURIN LLP**<br><br>By: *[signature]*<br>Steven Stern (SS 5203)<br>sstern@sternschurin.com<br>*Attorneys for Defendants*<br>*DJ Direct Inc. and Joel Jacobowitz*<br>595 Stewart Avenue<br>Suite 510<br>Garden City, New York 11530<br>Tel: (516) 248-0300<br>Fax: (516) 283-0277 |

SO ORDERED:
s/MKB 4/16/2019

_____
MARGO K. BRODIE
United States District Judge